UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-CV-21926-ALTMAN/Sanchez

IN RE:

APPLICATION OF
ORO NEGRO PRIMUS PTE. LTD.,
ORO NEGRO LAURUS PTE. LTD.,
ORO NEGRO FORTIUS PTE. LTD.,
ORO NEGRO DECUS PTE. LTD.,
ORO NEGRO IMPETUS PTE. LTD., and
ORO NEGRO DRILLING PTE. LTD.
FOR AN ORDER TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. § 1782

        **Petitioners.**
_____/

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Paperless Order (DE # 29) granting the Joint Motion to Stay All Deadlines (DE # 27), Petitioners and Respondents (together, the "Parties") file this joint status report and proposed briefing schedule.

1.    On May 17, 2024, Petitioners filed an ex parte application for discovery to use in a foreign proceeding under 28 U.S.C. § 1782 (the "Petition") (DE # 1).

2.    On June 18, 2024, the Court held a status conference, ordered Respondents to file a joint notice on conflict issues, and set a briefing schedule for the Petition (DE # 18).

3.    The briefing schedule called for Respondents to file a joint motion to quash/deny the proposed subpoenas attached to the Petition by August 19, 2024, for Petitioners to respond by September 19, 2024, and for Respondents to reply by October 4, 2024.

4. On July 18, 2024, Respondents filed a joint notice stating that Respondents other than Quinn Emanuel had retained separate counsel and attaching an ethics opinion from a former Florida Supreme Court Justice. (DE # 23).

5. On July 30, 2024, Petitioners filed a Motion to Continue Briefing Schedule and for Leave to Take Expedited Discovery and File a Motion to Disqualify (DE # 24) in connection with a contemplated motion to disqualify ("Petitioners' Motion").

6. On August 13, 2024, the Court granted Quinn Emanuel an extension to oppose Petitioners' Motion, setting a new deadline of August 20, 2024. (DE # 26).

7. On August 16, 2024, the Parties filed a Joint Motion for Stay of Case Deadlines (DE # 27) to give them time to try to work out an agreement on the conflicts issues raised by the Petitioners.

8. On August 19, 2024 the Court entered a Paperless Order granting the Joint Motion and ordering the parties to prepare a Joint Status Report on September 4 proposing a briefing schedule for the Petition. (DE # 29).

9. The Parties have been unable to come to an agreement to resolve the conflicts issues.

10. As a result, the Parties propose the following briefing schedule for Petitioners' Motion for Leave to Take Expedited Discovery and File a Motion to Disqualify (DE # 24):

- Respondents' Response to the Motion for Leave to Take Expedited Discovery and File a Motion to Disqualify is due on September 18, 2024.

- Petitioners' Reply is due on September 30, 2024.

11. In the event the Parties reach an agreement on the conflicts issues, they will advise the Court and propose a briefing schedule for the Motion to Quash / Deny the Section 1782 Subpoenas.

Dated: September 4, 2024

Respectfully submitted,

/s/ Daniel S. Fridman
Daniel S. Fridman, Esq.
Fla. Bar No. 176478
Anel Viamontes, Esq.
Fla. Bar No. 1018250

FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle
Suite 715
Coral Gables, Florida 33134

*Counsel for Petitioners*
*Oro Negro Primus Pte. Ltd.,*
*Oro Negro Laurus Pte. Ltd.,*
*Oro Negro Fortius Pte. Ltd.,*
*Oro Negro Decus Pte. Ltd.,*
*Oro Negro Impetus Pte. Ltd., and*
*Oro Negro Drilling Pte. Ltd.*

/s/ John F. O'Sullivan
John F. O'Sullivan
(Fla. Bar No. 143154)
Daniel L. Humphrey
(Fla. Bar No. 1024695)
Quinn Emanuel Urquhart & Sullivan, LLP
2601 S. Bayshore Dr.
Suite 1550
Miami, FL 33133
Telephone: (786) 850-3629
johnosullivan@quinnemanuel.com
danielhumphrey@quinnemanuel.com

David H. Needham (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
davidneedham@quinnemanuel.com

*Attorneys for Respondent Quinn Emanuel Urquhart & Sullivan, LLP*

/s/ *Barbara R. Llanes*
Adam M. Schachter
(Fla. Bar No. 647101)
Barbara R. Llanes
(Fla. Bar No. 1032727)
Gelber Schachter & Greenberg, P.A.
One Southeast Third Avenue,
Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
aschachter@gsgpa.com
bllanes@gsgpa.com

*Attorneys for Respondents Gonzalo Gil-White, Jose Antonio Cañedo-White, Miguel Angel Villegas- Vargas, and Axis Capital Management Inc.*