UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21926-ALTMAN/Lett

IN RE:

APPLICATION OF
ORO NEGRO PRIMUS PTE. LTD.,
ORO NEGRO LAURUS PTE. LTD.,
ORO NEGRO FORTIUS PTE. LTD.,
ORO NEGRO DECUS PTE. LTD.,
ORO NEGRO IMPETUS PTE. LTD., and
ORO NEGRO DRILLING PTE. LTD.
FOR AN ORDER TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. § 1782,

*Petitioners.*
_____/

## ORDER FOLLOWING STATUS CONFERENCE

For the reasons stated on the record at our June 17, 2025, motion hearing, *see* June 17, 2025, Paperless Minute Entry [ECF No. 66], we hereby **ORDER and ADJUDGE** as follows:

1. The parties shall meet and confer to discuss the issues the Respondents will be able to address jointly when responding to the Petitioners' § 1782 application.

2. The parties shall file a joint status report describing the results of this meeting by **July 1, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on June 20, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record