UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21926-ALTMAN/Lett

IN RE:

APPLICATION OF
ORO NEGRO PRIMUS PTE. LTD.,
ORO NEGRO LAURUS PTE. LTD.,
ORO NEGRO FORTIUS PTE. LTD.,
ORO NEGRO DECUS PTE. LTD.,
ORO NEGRO IMPETUS PTE. LTD., and
ORO NEGRO DRILLING PTE. LTD.
FOR AN ORDER TO TAKE DISCOVERY
PURSUANT TO 28 U.S.C. § 1782,

    *Petitioners.*
_____/

**ORDER**

After our June 17, 2025, hearing, *see* June 17, 2025, Paperless Minute Entry [ECF No. 66], we ordered the parties to "meet and confer" to resolve outstanding discovery and confidentiality issues, Order Following Status Conference [ECF No. 67] at 1. On July 1, 2025, the parties filed a Joint Stipulation [ECF No. 69], notifying us that they've reached a resolution on the conflict issues the Petitioners had raised. We commend the parties for resolving these issues.

The parties have jointly requested that we adopt their Joint Stipulation and set a new briefing schedule. After considering the Joint Stipulation, we hereby **ORDER and ADJUDGE** as follows:

1. We adopt and incorporate by reference the terms outlined in the Parties' Joint Stipulation [ECF No. 69].

2. As proposed in the Joint Stipulation, the Respondents shall file a Joint Motion and Separate Motions to Quash/Deny the Proposed Subpoenas [ECF Nos. 1-8] attached to Petitioners' Ex Parte Application to Take Discovery Pursuant to 28 U.S.C. § 1782 (the "Application") [ECF No.

1] **within 60 days of this Order**. The Petitioners shall have **60 days** to file their Consolidated Response in Opposition. The Respondents shall have **30 days** to file their Joint and Separate Replies.

3. The briefing will have the following page limits: The Respondents' Joint Motion shall be no more than **40 pages**, and their Separate Motions shall be no more than **5 pages** each. The Petitioners' Consolidated Response in Opposition shall be no more than **45 pages**. The Respondents' Joint Reply shall be no more than **15 pages**, and their Separate Replies shall be no more than **5 pages** each.

4. Given the Joint Stipulation, the Petitioners' Motion for Leave to Take Expedited Discovery and File a Motion to Disqualify Quinn Emanuel [ECF No. 24] is **DENIED as moot**, and the Respondent Quinn Emanuel's Objections to the Order Granting Expedited Discovery [ECF No. 55] is **OVERRULED as moot**. Magistrate Judge Lett's Order Granting Petitioners' Motion to Continue Briefing Schedule and for Leave to Take Expedited Discovery and File a Motion to Disqualify [ECF No. 49] is **VACATED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on July 2, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record